1 **CAREY D. GORDEN**
California State Bar No. 236251
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: carey_gorden@fd.org

5 Attorneys for Frederico Mendoza-Becerril

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE NITA L. STORMES)**

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, ) | Case No. 08MJ0554 |
| 12                  Plaintiff, ) | |
| 13 v.                         ) | **CERTIFICATE OF SERVICE** |
| 14 FREDERICO MENDOZA-BECERRIL, ) | |
| 15                  Defendant. ) | |

17      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                     U.S. Attorney CR
                  Efile.dkt.gc2@usdoj.gov

21                                    Respectfully submitted,

23 DATED:       February 26, 2008           /s/ Carey D. Gorden
                                           **CAREY D. GORDEN**
24                                          Federal Defenders of San Diego, Inc.
                                           Attorneys for Frederico Mendoza-Becerril