**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Garcia-Torres

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>FREDERICO MENDOZA-BECERRIL,<br><br>           Defendant. | Case No. 08cr0824-MLH<br><br>**NOTICE OF APPEARANCE** |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in the above-captioned replacing Carey D. Gorden.

Respectfully submitted,

Dated: June 19, 2008          *s/ Bridget Kennedy*
                              Federal Defenders of San Diego, Inc.
                              *bridget_kennedy@fd.org*