1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5

6  Attorneys for Mr. Mendoza-Becerril

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE MARILYN L. HUFF)**

11  UNITED STATES OF AMERICA,          )    Case No. 08CR0824-MLH
                                       )
12              Plaintiff,             )
                                       )
13  v.                                 )    PROOF OF SERVICE
                                       )
14  **FEDERICO MENDOZA-BECERRIL,**     )
                                       )
15              Defendant.             )
                                       )
16

17          Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18  her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19  upon:

20          **United States Attorney**
            efile.dkt.gc1@usdoj.gov

21

22  Dated: June 19, 2008                    _s/ Bridget L. Kennedy_____
                                            **BRIDGET L. KENNEDY**
23                                          Federal Defenders of San Diego, Inc.,
                                            225 Broadway, Suite 900
24                                          San Diego, CA 92101-5030
                                            (619) 234-8467  (tel)
25                                          (619) 687-2666  (fax)
                                            e-mail:bridget_kennedy@fd.org
26

27

28